211 So.2d 330

**Mrs. Anita TULLY, wife of/and Dr. Harry WAX**

v.

**Vernon B. WOODS.**

**No. 49315.**

June 21, 1968.

In re: Mrs. Anita Tully, wife of/and Dr. Harry Wax applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 209 So.2d 329.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.